**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 14, 2022

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, New York 10007

  Re: **United States v. Juan LaSanta**
     **22 Cr. 583 (PAC)**

Dear Judge Crotty:

  I am the attorney for Juan LaSanta, the defendant in the above-captioned case, and write to request an adjournment of the upcoming conference, which is currently scheduled for December 15, 2022. I have conferred with AUSA Adam Sowlati and I understand that he does not object to this adjournment. Per my discussions with the Court, it is my understanding that February 9, 2022 at 2:30pm is an available date that is amenable to both parties. The defense consents to the exclusion of time. Thank you for your consideration of this request.

              Respectfully Submitted,

              /s/ Marisa K. Cabrera
              Marisa K. Cabrera, Esq.
              Assistant Federal Defender
              Tel.: (917) 890-7612

cc:  AUSA Adam Sowlati (by ECF)

    12/16/2022
    A conference will occur on February 9, 2023
    at 2:30PM. Time will be excluded through
    February 9, 2023. SO ORDERED.

    */s/ Paul A. Crotty*