

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2022

**BY ECF AND E-MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Implied with the exclusion of time is that it is in the interest of justice to do so and that the interest outweighs the defendant and the public's right to a speedy trial. The Court now makes explicit what was previously implicit.
>
> Date:                    SO ORDERED
> December 20, 2022
>                          *Paul A. Crotty*

Re:   *United States v. Juan LaSanta*, 22 Cr. 583 (PAC)

Dear Judge Crotty:

The Government writes with respect to the February 9, 2023, status conference in the above-captioned matter. On December 16, 2022, the Court adjourned the previously scheduled conference to February 9, 2023, and excluded time through that date. (Dkt. 13). The Court did not include, however, an express finding that such an exclusion of time is in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7). The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the parties to prepare for the conference, and will further allow the defendant to continue to review discovery produced in this case and for the parties to engage in pretrial resolution negotiations. The defendant, as previously noted in his December 14, 2022, letter (Dkt. 12) consents to the requested exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

CC: Marisa Cabrera (by ECF and E-Mail)