# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2023

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, NY 10007

11/41/2023

[✓] Request granted
[ ] So ordered

/s/ Paul Crotty
USDJ

Re: <u>United States v. Juan LaSanta</u>
   22 Cr. 583 (PAC)

Dear Judge Crotty:

   I write on behalf of my client Juan LaSanta to request that Mr. LaSanta be approved to spend Thanksgiving Day, November 23, 2023, with his family at 230 Grand Street in Brooklyn, New York, with the specific times of his attendance to be set by his pretrial services officer. The government defers to Pretrial Services. Pretrial Services Officer Lettieri informed the defense that while it is Office policy for pretrial services to object to any request for social visits, he did not note any other objections beyond that policy that the Office has specifically to Mr. LaSanta.

   Notably, Mr. LaSanta's bail was previously modified to permit him to spend Thanksgiving and Christmas with his family last year. Mr. LaSanta complied with the conditions of those previous bail modifications without issue. In light of his continued compliance with the terms of pretrial supervision, Mr. LaSanta requests that the Court permit him to spend the Thanksgiving holiday with his family.

   Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730