UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                        22 cr 583 (JGK)

        -against-

                                                                        **ORDER**

JUAN LASANTA,

                  Defendant.
------------------------------------------------------------------X

      For the reasons stated on the record, today, supervised release is continued, with all of the previous provisions of supervised release are to remain intact, with the additional condition of a curfew; the defendant is restricted to his residence from 9pm to 9am, plus location monitoring as directed by the supervising officer:

      The defendant must be monitored by location monitoring as soon as the location monitoring can be set up by the Probation Office. The location monitoring technology will be at the discretion of the probation officer.

**SO ORDERED.**

                                                          _____
                                                **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      ~~April 3, 2026~~
      May 13, 2026