UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

22 cr 583 (JGK)

JUAN LASANTA,

Defendant.
-------------------------------------------------------------X

The conference scheduled for Tuesday, October 6, is **adjourned to Thursday, November 5, 2026, at 11:30am.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
October 5, 2026.