**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 5, 2026

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Juan LaSanta*, 22 Cr. 583 (JGK)**

Dear Judge Koeltl:

A status conference is scheduled for November 5, 2026. As the Court is aware, the state charges underlying the violation of supervised release specifications have been substantially dismissed. The Government previously requested, and the Court granted, an adjournment of a status conference as the Government evaluated whether to proceed with the specifications. The state cases are sealed, which has delayed the Government in obtaining and evaluating the discovery obtained in those cases. As a result, the Government requests an additional adjournment. The parties are available on November 30, 2026, a date for which we understand the Court has availability to reschedule the status conference. The defendant consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Adam Sowlati
Assistant United States Attorneys
(212) 637-2438

cc: Defense counsel (By ECF)

ADJOURNED TO MONDAY, NOVEMBER 30, 2026, AT 3:00PM.

SO ORDERED.

11/4/26 [signature] USDJ