Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2026

**VIA ECF**

APPLICATION TO MODIFY RELEASE CONDITIONS GRANTED. THE CONFERENCE FOR NOVEMBER 18, 2026, AT 11:00AM IS CANCELED. THE PARTIES SHALL APPEAR FOR THE SCHEDULED CONFERENCE ON NOVEMBER 30, 2026 AT 3:00PM.
SO ORDERED.
11/18/26 John G. Koeltl
U.S.D.J.

Honorable Judge John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Juan LaSanta, 22 Cr 583**

Dear Judge Koeltl:

With the consent of Probation and the Government, I write on behalf of my client Juan LaSanta to respectfully request that the Court modify Mr. LaSanta's release conditions to continue the previously imposed curfew requirements and allow employment-related modifications to the curfew hours and the technology used for the electronic monitoring to be at the discretion of Probation. The parties believe that this modification will allow Mr. LaSanta to continue working and work additional shifts at his place of employment, Spotless Cleaning, that would otherwise conflict with his existing curfew. Additionally, unless the Court disagrees, the parties do not believe the court appearance scheduled for tomorrow, November 18, 2026, to argue bail conditions is necessary and would ask that it be stricken from the calendar.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ [signature]
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Adam Sowlati, Esq
Probation Officer Amber Wilton