Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2026

**VIA ECF**

Honorable Judge John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

11/24/26

John G. Koeltl, U.S.D.J.

**Re: United States v. Juan LaSanta, 22 Cr 583**

Dear Judge Koeltl:

Without objection from Probation or the Government, I write on behalf of my client Juan LaSanta to respectfully request that the Court modify Mr. LaSanta's curfew on Thanksgiving Day (Thursday, November 26, 2026) to allow him to visit family in both Brooklyn and the Bronx for the holiday. Mr. LaSanta's current curfew on Thursdays is from 9am until 9pm. The defense is requesting that Mr. LaSanta's curfew be extended until 1:00am on Friday, November 27, 2026 to allow him to celebrate Thanksgiving with his family while accounting for his travel time.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Adam Sowlati, Esq
Probation Officer Amber Wilton